417 F.2d 1337
 Herbert D. STEVENS, Petitioner-Appellant,
v.
Louis NELSON, Warden, et al., Respondents-Appellees.
 No. 23786.
 United States Court of Appeals Ninth Circuit.
 Aug. 13, 1969, Rehearing Denied Sept. 17, 1969, Certiorari
Denied Jan. 12, 1970, See 90 S.Ct. 591.
 
 1
 Herbert D. Stevens, in pro. per.
 
 
 2
 Thomas C. Lynch, Atty. Gen., San Francisco, Cal., for appellees.
 
 
 3
 Before CHAMBERS and HAMLEY, Circuit Judges, and BEEKS, District judge.
 
 
 4
 The appeal is affirmed upon the basis of the district court's memorandum of October 8, 1968. See Stevens v. Nelson, 302 F.Supp. 968.